UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**,  )  <br>  ) <br> **Plaintiff,**  ) <br>  ) <br> v.  )  **Criminal No. 15-10017-PBS** <br>  ) <br> **BRANDON COLDWELL,**  ) <br>  ) <br> **Defendant.**  ) | |

### UNITED STATES'S SENTENCING MEMORANDUM

The United States respectfully requests the Court sentence the defendant to 50 months of incarceration, 36 months of supervised release, restitution in the amount of $49,330, and a $400 special assessment. The reasons for this recommendation will be articulated at the sentencing hearing.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Date: November 19, 2015       By:   /s/ *Jordi de Llano*
                                    Jordi de Llano
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    One Courthouse Way
                                    Boston, MA 02210
                                    617-748-3100
                                    Jordi.de.Llano.Campos@usdoj.gov

### CERTIFICATE OF SERVICE

I, Jordi de Llano, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: November 19, 2015                /s/ *Jordi de Llano*
                                       Assistant United States Attorney